## Brandon DABBS, Appellant,

v.

## STATE of Missouri, Respondent.

### WD 79496

Missouri Court of Appeals,
Western District.

ORDER FILED: May 2, 2017

Laura G. Martin, District Defender, Kansas City, MO, Attorney for Appellant.

Joshua D. Hawley, Attorney General, and Shaun J. Mackelprang, Assistant At-

**270**

torney General, Jefferson City, MO, Attorneys for Respondent.

Before Division IV: Mark D. Pfeiffer, Chief Judge, and Lisa White Hardwick and Gary D. Witt, Judges

### Order

Per Curiam:

Mr. Brandon C. Dabbs appeals the ruling of the Circuit Court of Jackson County, Missouri, denying his Rule 24.035 motion for post-conviction relief alleging that his plea counsel provided ineffective legal assistance and improperly coerced him into accepting a plea offer from the State. There being no precedential value in our ruling, we have instead provided the parties with a legal memorandum explaining our ruling. We affirm. Rule 84.16(b).